584 A.2d 242

STATE OF NEW JERSEY v. JAMES O'HALLORAN.

June 11, 1990.

Petition for certification denied.

584 A.2d 242

STATE OF NEW JERSEY v. CLAUDIA GISSENDANER.

June 11, 1990.

Petition for certification denied.

584 A.2d 242

STATE OF NEW JERSEY v. FELIX W. OSORIO.

June 11, 1990.

Petition for certification denied.

584 A.2d 242

STATE OF NEW JERSEY v. FELIX WILLIAM OSORIO.

June 11, 1990.

Petition for certification denied.

584 A.2d 242

STATE OF NEW JERSEY v. CELESTE PAULA PERNELL.

June 11, 1990.

Petition for certification denied.